# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

| | |
|---|---|
| MIOSHI CHEVELLE MIDGETTE, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>BRITTHAVEN OF NEW BERN, )<br>MELISSA PARKER, and PAUL )<br>STOCKETT, )<br>        Defendants. ) | JUDGMENT<br><br>No. 4:11-CV-79-H |

**Decision by Court.**

This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration.

*(Defendants Melissa Parker and Paul Stockett were previously dismissed via Notice of Voluntary Dismissal filed on June 28, 2011.)*

**IT IS ORDERED, ADJUDGED AND DECREED defendant's motion for summary judgment is granted. The plaintiff shall have and recover nothing from the defendant and this case is closed.**

This Judgment Filed and Entered on June 25, 2012, with service on:

Mioshi Chevelle Midgette, Pro Se
106 Swan Corner Road
PO Box 95
Bayboro, NC 28515

Brian Henry Alligood (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| June 25, 2012 | JULIE A. RICHARDS , CLERK<br><br>*/s/ Lisa W. Lee*<br>(By): Lisa W. Lee, Deputy Clerk |